NELSON PROPERTIES, INC., v. H. W. DENHAM.

179 So. 406.

En Banc.

Opinion Filed February 9, 1938.

Rehearing Denied March 10, 1938.

*Clarence W. Nelson,* for Appellant;
*Arthur S. Friedman,* for Appellee.

PER CURIAM.—The appeal in this case is dismissed because it appears from the record in this case that no valid notice of appeal was filed and entered of record; the purported notice of appeal being not from any order or decree of the Court, but "to the BILL OF COMPLAINT AS AMENDED." Nor does it appear that the purported notice of appeal was recorded as required by Section 4964 C. G. L. 1927.

Dismissed.

ELLIS, C. J., and WHITFIELD, TERRELL, BUFORD, and CHAPMAN, J. J., concur.

BROWN, J., not participating.